# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE LA CRUZ, | ) Case No. CV 12-07597-DOC (SP) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Memorandum and Order Denying Request for Equitable Tolling and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 19, 2012

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE